| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Clifton, Richard R | 2. Court or Organization<br><br>9th Circuit | 3. Date of Report<br><br>05/02/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>999 Bishop Street, Suite 2010<br>Honolulu, Hawaii 96813 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Director | American Judicature Society, Hawaii Chapter |
| 2.   Director | Hawaii Public Radio |
| 3.   Director | Hawaii Women's Legal Foundation |
| 4.   Director | Ninth Judicial Circuit Historical Society |
| 5.   Co-trustee | Trusts #1 - #4 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/95 | Cades Schutte Fleming & Wright Partnership Resolutions (including retirement terms, no control) |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 12 A 11: 38 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Self-employed, dietitian consultant |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/02/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Hawaiian Bank savings | A | Interest | K | T | | | | | |
| 2. First Hawaiian Bank checking | A | Interest | J | T | | | | | |
| 3. Hawaii Central Credit Union | A | Interest | J | T | | | | | |
| 4. Univ of Hawaii FCU | A | Interest | J | T | | | | | |
| 5. Goodyear common | | None | J | T | | | | | |
| 6. Hawaiian Electric Industries common | B | Dividend | K | T | | | | | |
| 7. | | | | | | | | | |
| 8. Brokerage acct #1 (MS) | | | | | | | | | |
| 9. -- Echostar Communications common | | None | L | T | | | | | |
| 10. -- IBM common | A | Dividend | K | T | | | | | |
| 11. -- Real Networks common | | None | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. NATIXIS Cash Mgtmt Trust | A | Dividend | J | T | | | | | |
| 14. Fidelity Growth & Income (IRA) | A | Dividend | L | T | | | | | |
| 15. Fidelity Magellan Fund (IRA) | A | Dividend | K | T | | | | | |
| 16. Oppenheimer Growth Fund A (IRA) | A | Dividend | L | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Brokerage acct #2 (T-CS) | | | | | | | | | |
| 19. -- Ballard Power Systems common | | None | J | T | | | | | |
| 20. -- Ciena common | | None | J | T | | | | | |
| 21. -- Intel common | A | Dividend | K | T | | | | | |
| 22. -- Charles Schwab Money Market Fund | B | Dividend | K | T | | | | | |
| 23. -- Hawaii state bonds | | None | L | T | | | | | |
| 24. | | | | | | | | | |
| 25. IRA acct #3 (T) | | | | | | | | | |
| 26. -- Intel common | A | Dividend | K | T | | | | | |
| 27. -- Microsoft common | A | Dividend | J | T | | | | | |
| 28. -- Jundt Growth Fund Class I | | | | | Sold | 11-30 | K | A | |
| 29. -- Templeton Growth Fund class A | B | Dividend | M | T | | | | | |
| 30. -- Charles Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 31. | | | | | | | | | |
| 32. CREF Stock Fund | | None | L | T | | | | | |
| 33. CREF Global Equities | | None | K | T | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage acct #4 (D) | | | | | | | | | |
| 36. -- Charles Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 37. | | | | | | | | | |
| 38. JP Morgan Group Equity Index Fund A | | None | K | T | | | | | |
| 39. | | | | | | | | | |
| 40. Brokerage acct #5 (K) | | | | | | | | | |
| 41. -- Charles Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 42. | | | | | | | | | |
| 43. JP Morgan Group Equity Index Fund A | A | Dividend | K | T | | | | | |
| 44. | | | | | | | | | |
| 45. Brokerage acct #6 (T-I) | | | | | | | | | |
| 46. -- Berkshire Hathaway Cl A | | None | M | T | | | | | |
| 47. -- Charles Schwab Money Mkt Fund | D | Dividend | M | T | | | | | |
| 48. | | | | | | | | | |
| 49. Agence 21, Inc. common | | None | K | W | | | | | |
| 50. MAAS Intek, Inc. common | | None | J | W | | | | | |
| 51. RepNet, Inc. | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. HR-10 and 401K accounts (former law firm) | None | | P1 | T | | | | | |
| 54. -- American Funds AMCAP Fund | | | | | | | | | |
| 55. -- Oppenheimer Main Street Small Cap Fund | | | | | | | | | |
| 56. -- American Funds Investment Co of America (HR-10) | | | | | | | | | |
| 57. -- American Funds Wash Mutual Invs (HR-10) | | | | | | | | | |
| 58. -- PIMCO Total Return - A (HR-10) | | | | | | | | | |
| 59. -- INVESCO Stable Value Fund (HR-10) | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. Northwestern Mutual whole life | None | | L | T | | | | | |
| 62. Northwestern Mutual extra ordinary life | None | | L | T | | | | | |
| 63. Midland National whole life | None | | J | T | | | | | |
| 64. | | | | | | | | | |
| 65. Trust #1 ▓▓▓ | None | | P1 | T | | | | | |
| 66. -- JP Morgan Tax Free Mmkt Prem Sweep | | | | | | | | | |
| 67. -- Russell Midcap Index Fund | | | | | Sold part | 10-26 | J | A | |
| 68. -- S&P 500 Index Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Cullen High Divid Eq Fd Cl 1 | | | | | Sold part | 10-24 | J | A | |
| 70. -- MSCI Japan Index Fd | | | | | Sold | 10-26 | L | A | |
| 71. -- JPMorgan Emerging Mkts Equity Fd | | | | | | | | | |
| 72. -- JPMorgan Highbridge Stat Mkt Neut Fd | | | | | Sold part | 10-24 | J | A | |
| 73. -- JPMorgan Intrepid America Fd | | | | | Sold part | 10-24 | K | B | |
| 74. -- JPMorgan Intrepid Growth Fd Select | | | | | | | | | |
| 75. -- JPMorgan Intrepid Intl Fd Select | | | | | | | | | |
| 76. -- JPMorgan Multi-cap Mkt Neutral Fd | | | | | Sold | 10-24 | K | A | |
| 77. -- JPMorgan Small Cap Equity Fund | | | | | Sold | 10-24 | J | . | |
| 78. -- JPMorgan US Real Estate Fund | | | | | Sold | 10-24 | J | A | |
| 79. -- Mellon Boston Co Intl Core Equity | | | | | Sold | 10-24 | L | D | |
| 80. -- T Rowe Price Intl Fds New Asia Fd | | | | | | | | | |
| 81. -- JPMorgan Asia Equity Fd | | | | | Buy | 10-24 | L | | |
| 82. -- JPMorgan Tax Free Mmkt Prem Sweep | | | | | Buy | 10-24 | L | | |
| 83. -- Harbor Fds Intl Fd | | | | | Buy | 10-25 | L | | |
| 84. -- Ishares Tr US Treas Intl Prot Fd | | | | | Buy | 10-26 | K | | |
| 85. -- Ishares Tr Russell 1000 Growth Index | | | | | Buy | 10-26 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- JPMorgan Short Duration Bond Fd | | | | | Buy | 10-26 | N | | |
| 87. | | | | | | | | | |
| 88. -- Campbell Berwyn LP | | | | | | | | | |
| 89. -- Pinecrest LP | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. Trust #2 ▓▓ | | None | O | T | | | | | |
| 93. -- JP Morgan Tax Free Mmkt Prem Sweep | | | | | | | | | |
| 94. -- S&P Smallcap 600 Index Fund | | | | | | | | | |
| 95. -- T Rowe Price Intl Fds New Asia Fd | | | | | | | | | |
| 96. -- Mellon Boston Co Intl Core Equity | | | | | Sold | 10-25 | L | D | |
| 97. -- Cullen High Divid Eq Fd Cl I | | | | | | | | | |
| 98. -- JPMorgan Emerging Mkts Equity Fd | | | | | | | | | |
| 99. -- JPMorgan Intrepid Growth Fd Select | | | | | | | | | |
| 100. -- Russell Midcap Index Fd | | | | | | | | | |
| 101. -- S&P 500 Index Fd | | | | | | | | | |
| 102. -- JPMorgan US Real Estate Fund | | | | | Sold part | 10-24 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- MSCI Japan Index Fd | | | | | Sold | 10-26 | K | A | |
| 104. -- JPMorgan High Yield Bond Fund | | | | | | | | | |
| 105. -- JPMorgan Highbridge Stat Mkt Neut Fd | | | | | Sold part | 10-24 | K | A | |
| 106. -- JPMorgan Short Term Bond Fund | | | | | Sold | 10-24 | M | A | |
| 107. -- JPMorgan Intrepid America Fund | | | | | Sold part | 10-24 | L | C | |
| 108. -- JPMorgan Intrepid Intl Fd Select | | | | | | | K | | |
| 109. -- JPMorgan Multi-cap Market Neutral Fd | | | | | Sold part | 10-24 | K | A | |
| 110. -- JPMorgan Asia Equity Fd | | | | | Buy | 10-24 | K | | |
| 111. -- Harbor Fds Intl Fd | | | | | Buy | 10-24 | L | | |
| 112. -- Ishares Tr US Treas Infl Prot Fd | | | | | Buy | 10-24 | K | . | |
| 113. -- JPMorgan Short Duration Bond Fd | | | | | Buy | 10-24 | M | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. Trust #3 (███IRA) | None | M | T | | | | | | |
| 117. -- JPMorgan Liquid Assets Mny Mkt Invest | | | | | | | | | |
| 118. -- Cullen High Divid Eq Fd Cl 1 | | | | | Sold | 10-25 | K | A | |
| 119. -- MSCI Japan Index Fd | | | | | Sold | 1-24 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Clifton, Richard R | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- Russell Midcap Index Fd | | | | | Sold | 1-24 | K | B | |
| 121. -- Russell 2000 Index Fd | | | | | Sold | 1-24 | K | D | |
| 122. -- JPMorgan Disciplined Equity Fund | | | | | Sold | 1-22 | L | C | |
| 123. -- JPMorgan Emerging Mkts Equity Fd | | | | | Sold | 1-22 | K | A | |
| 124. -- JPMorgan Highbridge Stat Mkt Neut Fd | | | | | Sold | 12-21 | K | A | |
| 125. -- JPMorgan Intrepid America Fund | | | | | Sold | 12-21 | L | C | |
| 126. -- JPMorgan Intrepid Growth Fd Select | | | | | Sold | 12-21 | L | D | |
| 127. -- JPMorgan Intrepid Intl Fd Select | | | | | Buy | 1-22 | J | | |
| 128. -- JPMorgan Intrepid Intl Fd Select | | | | | Sold | 12-21 | L | D | |
| 129. -- JPMorgan Multi-cap Market Neutral Fd | | | | | Sold | 12-21 | J | A | |
| 130. -- JPMorgan US Real Estate Fund | | | | | Sold | 12-21 | K | A | |
| 131. -- Mellon Boston Co Intl Core Equity | | | | | Sold | 10-25 | M | E | |
| 132. -- T Rowe Price Intl Fds New Asia Fd | | | | | Sold | 12-21 | K | D | |
| 133. -- JPMorgan High Yield Bond Fund Select Class | | | | | Buy | 10-24 | J | | |
| 134. -- JPMorgan High Yield Bond Fund | | | | | Sold part | 12-21 | J | A | |
| 135. -- JPMorgan Short Term Bond Fund Select Class | | | | | Buy | 1-22 | L | | |
| 136. -- JPMorgan Short Term Bond Fund Select Class | | | | | Sold | 12-21 | L | A | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- JPMorgan Tax Aware Discip Eq Instl | | | | | Buy | 1-22 | K | | |
| 138. -- JPMorgan Tax Aware Discip Eq Instl | | | | | Sold | 12-21 | K | A | |
| 139. -- JPMorgan Intrepid Growth Fd Select | | | | | Buy | 1-22 | J | | |
| 140. -- JPMorgan Intrepid Growth Fd Select | | | | | Sold | 12-21 | J | A | |
| 141. -- JPMorgan Large Cap Core Plus Select | | | | | Buy | 1-22 | K | | |
| 142. -- JPMorgan Large Cap Core Plus Select | | | | | Sold | 12-21 | K | C | |
| 143. -- Ishares Tr Russell 1000 Growth Index | | | | | Buy | 1-24 | K | | |
| 144. -- Ishares Tr Russell 1000 Growth Index | | | | | Sold | 12-21 | K | A | |
| 145. -- Harbor Fds Intl Fd | | | | | Buy | 10-25 | L | | |
| 146. -- JPMorgan Asia Equity Fd | | | | | Buy | 10-24 | L | | |
| 147. | | | | | | | | | |
| 148. Trust #4 ▮▮▮▮▮ | | None | O | | | | | | |
| 149. -- JPMorgan Deposit Sweep Inst | | | | | Buy | 12-27 | O | | |
| 150. -- JPMorgan Tax Free Mmkt Prem Sweep | | | | | Buy | 12-3 | L | | |
| 151. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/02/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I. Positions

███████ passed away in 2006. I am a co-trustee, together with ████████ and a bank (it actually manages the accounts) of four trust accounts, identified in Part VII as Trusts #1-4. As his estate plan was implemented and his estate wound up, in 2007 some amounts were distributed and transferred (notably from Trust #3 to Trust #4 and to another beneficiary), additional assets were added to some of the accounts, and payments out were made for expenses. ████████ I are contingent beneficiaries, but no amounts are currently owing to us and no payments were made to us during the year.

VII. Investments and Trusts

Part VII, line 13: Change of name from last year's report -- Ixis Cash Mgtmt Trust is now known as NATIXIS Cash Mgtmt Trust

Part VII, lines 38 & 47: Change of name from last year's report -- Bank One Group Equity Index Fund A is now JP Morgan Group Equity Index Fund A

Part VII, lines 66 & 93: JPMorgan Municipal Money Market Fund is now JPMorgan Tax Free Mmkt Prem Sweep

Part VII, lines 100 & 101: The report for 2006 said "sell" for Russell Midcap Index Fd and for S&P 500 Index Fd, but should have said "sell part." Part remained in the account and is reported here.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544